UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**STEVEN J. ABELSON, ESQ., P.C.**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:

GREGORIO GARCIA
CONNIE GARCIA

Order Filed on May 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 11-37701

Adv. No.:

Hearing Date: April 25, 2017

Judge: Hon. MICHAEL B. KAPLAN

### ORDER EXPUNGING PROOF OF CLAIM BY
### NY DEPT. OF TAXATION (CLAIM 27-1 & 25-1)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER EXPUNGING PROOF OF CLAIM BY
NY DEPT. OF TAXATION (CLAIM 27-1 & 25-1)

**CASE NUMBER**: 11-37701

**DATE OF HEARING**: 4/25/2017

**JUDGE**: HON. MICHAEL B. KAPLAN

---

THIS MATTER being opened to the Court upon the application of the Debtors by their counsel, Steven J. Abelson, Esq., and notice having been given to the Creditor, and the Court having reviewed the application of the Debtors and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows: 1) The Claims of NY Dept. of Taxation (Claim # 27-1 & 25-1) are hereby expunged.