UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STEVEN J. ABELSON, ESQ., P.C.**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

In Re:

GREGORIO GARCIA
CONNIE GARCIA

Order Filed on May 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 11-37701

Adv. No.:

Hearing Date: April 25, 2017

Judge: Hon. MICHAEL B. KAPLAN

### ORDER EXPUNGING PROOF OF CLAIM BY
### NY DEPT. OF TAXATION (CLAIM 27-1 & 25-1)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 31, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**CAPTION OF ORDER:**

ORDER EXPUNGING PROOF OF CLAIM BY
NY DEPT. OF TAXATION (CLAIM 27-1 & 25-1)

**CASE NUMBER**: 11-37701

**DATE OF HEARING**: 4/25/2017

**JUDGE**: HON. MICHAEL B. KAPLAN

------------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the Debtors by their counsel, Steven J. Abelson, Esq., and notice having been given to the Creditor, and the Court having reviewed the application of the Debtors and any objections thereto, and for good cause having been shown:

IT IS ORDERED as follows: 1) The Claims of NY Dept. of Taxation (Claim # 27-1 & 25-1) are hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:
Gregorio B Garcia
Connie B Garcia
    Debtors

Case No. 11-37701-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 31, 2017
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
db/jdb         +Gregorio B Garcia,   Connie B Garcia,   4 Spruce Hollow Dr,   Howell, NJ 07731-3424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2017 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Pennymac Corp., LLC, et al dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    Pennymac Loan Services LLC servicer for Pennymac
           Corporation nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    Pennymac Corp., LLC, et al jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena   Miller    on behalf of Creditor    Point O' Woods Homeowners Association, Inc.
           mdiaz-Cobo@theassociationlawyers.com
          Michael Frederick Dingerdissen    on behalf of Creditor    PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN
           SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
          Steven J. Abelson    on behalf of Joint Debtor Connie B Garcia sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson    on behalf of Debtor Gregorio B Garcia sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                                          TOTAL: 11