UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
Marlena S. Diaz-Cobo, Esq. (MD-4524)
850 U.S. Highway 1, 1st Floor
New Brunswick, NJ 08903-1111
Phone (732) 246-1221
Attorneys for Pointe O' Woods Homeowners
Association, Inc.

Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GREGORIO B. GARCIA AND CONNIE B. GARCIA

| | |
|---|---|
| Case No.: | 11-37701 |
| Hearing Date: | July 11, 2017 |
| Judge: | MBK |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of _____Pointe O' Woods Homeowners Association, Inc._____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☑ Real property more fully described as:

4 Spruce Hollow Drive
Howell, NJ 07731

❏ ~~Personal property more fully described as:~~

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*