| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| McGovern Legal Services, LLC<br>Marlena S. Diaz-Cobo, Esq. (MD-4524)<br>850 U.S. Highway 1, 1st Floor<br>New Brunswick, NJ 08903-1111<br>Phone (732) 246-1221<br>Attorneys for Pointe O' Woods Homeowners Association, Inc. | |

**Order Filed on July 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>GREGORIO B. GARCIA AND CONNIE B. GARCIA | Case No.: 11-37701<br><br>Hearing Date: July 11, 2017<br><br>Judge: MBK<br><br>Chapter: 13 |

| Recommended Local Form: | ☐ Followed | ☑ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 11, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of _____ Pointe O' Woods Homeowners Association, Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ☑ Real property more fully described as:

    4 Spruce Hollow Drive
    Howell, NJ 07731

- ☐ ~~Personal property more fully described as:~~

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Gregorio B Garcia  
Connie B Garcia  
      Debtors

Case No. 11-37701-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2017  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2017.  
db/jdb       +Gregorio B Garcia,   Connie B Garcia,   4 Spruce Hollow Dr,   Howell, NJ 07731-3424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2017 at the address(es) listed below:

        Albert Russo    docs@russotrustee.com  
        Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Pennymac Corp., LLC, et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jennifer R. Gorchow    on behalf of Creditor    Pennymac Loan Services LLC servicer for Pennymac Corporation nj.bkecf@fedphe.com  
        Joshua I. Goldman    on behalf of Creditor    Pennymac Corp., LLC, et al jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marlena Miller    on behalf of Creditor    Point O' Woods Homeowners Association, Inc. mdiaz-Cobo@theassociationlawyers.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com  
        Steven J. Abelson    on behalf of Joint Debtor Connie B Garcia sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
        Steven J. Abelson    on behalf of Debtor Gregorio B Garcia sjaesq@atrbklaw.com, atrbk1@gmail.com;r49787@notify.bestcase.com  
                                                                                                                            TOTAL: 11