Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 11−37701−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gregorio B Garcia
4 Spruce Hollow Dr
Howell, NJ 07731

Connie B Garcia
aka Connie T Bernus
4 Spruce Hollow Dr
Howell, NJ 07731

Social Security No.:
   xxx−xx−6694                                             xxx−xx−8269

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after September 13, 2017 for the reason(s) indicated below.

☐ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: August 14, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Gregorio B Garcia
Connie B Garcia
    Debtors

Case No. 11-37701-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Aug 14, 2017
                      Form ID: clsnodsc     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2017.
db/jdb        +Gregorio B Garcia,   Connie B Garcia,   4 Spruce Hollow Dr,   Howell, NJ 07731-3424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2017 23:10:35     U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2017 23:10:32     United States Trustee,   Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                                           TOTAL: 2

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo (NA)   on behalf of Trustee Albert   Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    Pennymac Corp., LLC, et al dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Jennifer R. Gorchow   on behalf of Creditor    Pennymac Loan Services LLC servicer for Pennymac Corporation nj.bkecf@fedphe.com
          Joshua I. Goldman   on behalf of Creditor    Pennymac Corp., LLC, et al jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Marlena   Miller   on behalf of Creditor    Point O' Woods Homeowners Association, Inc. mdiaz-Cobo@theassociationlawyers.com
          Michael Frederick Dingerdissen   on behalf of Creditor    PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor    PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
          Steven J. Abelson   on behalf of Joint Debtor Connie B Garcia sjaesq@atrbklaw.com,   atrbk1@gmail.com;r49787@notify.bestcase.com
          Steven J. Abelson   on behalf of Debtor Gregorio B Garcia sjaesq@atrbklaw.com,   atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                                           TOTAL: 11