**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gregorio B Garcia | Social Security number or ITIN xxx–xx–6694 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Connie B Garcia | Social Security number or ITIN xxx–xx–8269 |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:  11–37701–MBK

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gregorio B Garcia                                 Connie B Garcia
                                                  aka Connie T Bernus

9/12/17                                           **By the court:** Michael B. Kaplan
                                                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-37701-MBK
Gregorio B Garcia                                                     Chapter 13
Connie B Garcia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 3          Date Rcvd: Sep 12, 2017
                              Form ID: 3180W            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2017.
```
db/jdb         +Gregorio B Garcia,    Connie B Garcia,    4 Spruce Hollow Dr,    Howell, NJ 07731-3424
cr             +PENNYMAC HOLDINGS, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN SERVICES,,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Pennymac Loan Services LLC servicer for Pennymac C,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +Point O' Woods Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ 08903-1111
512378118      +Advanced Orthopedics,    c/o Collexx, Inc,    P.O. Box 679,    Long Valley, NJ 07853-0679
512378119      +Atlantic Coast Urology,    525 Jack Martin Blvd, Ste 304,    Brick, NJ 08724-7737
512378120      +Atlantic Imaging Group,    2 Ridgedale Ave, Ste A-10,    Cedar Knolls, NJ 07927-1108
515335587      +Bank of America, N.A. as successor-in-interest to,    FIA Card Services, N.A.,    P O Box 982284,
                 El Paso, TX 79998-2284
512378121       Barron Emergency Physicians,    c/o Assetcare, Inc,    P.O. Box 15380,    Wilmington, DE 19850
512378125      +Chase Bank/Bankruptcy,    Attn. Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                 Monroe, LA 71203-4774
512378126      +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
512378127      +Dept Stores Nat Bank,    c/o FMS Inc,    P.O. Box 707601,    Tulsa, OK 74170-7601
512622795      +Entertainment Industries,    Federal Credit Union,    16 West Grand Street,
                 Elizabeth, NJ 07201-2312
512378129      +Entertainment Industries FCU,    P.O. Box 30495,    Tampa, FL 33630-3495
512378131      +FIA Card Services,    c/o Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza, Bldg One,
                 Wall, NJ 07719-9020
512542673       FIA Card Services NA as successor in interest to,    Bank of America NA (USA) and MBNA,
                 America Bank NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512378135      +Howell Twp Tax Collector,    P.O. Box 580,    Howell, NJ 07731-0580
513314011       JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
512378141      +MRS,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
512591850      +N.Y.S. Higher Education Services Corp,    1 Commerce Plaza,    Albany, New York 12255-0001
512378142      +NJ Natural Gas,    P.O. Box 1378,    Wall, NJ 07715,    Att: Robert DiTommaso 07719-1378
512378143      +NY Dept of Taxation,    OPTS-Tax Return Processing,    AW Harriman Campus,
                 Albany, NY 12227-0001
513983443       NY State Dept. of,    Taxation and Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany, NY  12205-0300
512378144      +NY State Higher Education Svcs,    99 Washington Ave, Dept 736,    Albany, NY 12255-1100
512687749      +PENNYMAC CORP.,    C/O PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE 300,
                 MOORPARK, CA 93021-2602
512464659      +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    780 Johnson Ferry Rd. NE  #600,
                 Atlanta, GA 30342-1439
516046300      +PennyMac Holdings, LLC, by,    PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,
                 Moorpark, CA 93021-2602
516046301      +PennyMac Holdings, LLC, by,    PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,
                 Moorpark, CA 93021,    PennyMac Holdings, LLC, by 93021-2602
512378145      +PennyMac Loan Services,    P.O. Box 514387,    Los Angeles, CA 90051-4387
512378146      +Progressive Financial Services,    P.O. Box 22083,    Tempe, AZ 85285-2083
513183949     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Division Of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
512378150      +St Veronica School Tuition,    4219 Hwy 9 N,    Howell, NJ 07731-3378
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2017 00:34:54     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2017 00:34:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
512378117      +E-mail/Text: bknotices@conduent.com Sep 13 2017 00:35:50     ACS,    P.O. Box 7051,
                 Utica, NY 13504-7051
512390253      +EDI: AFNIRECOVERY.COM Sep 13 2017 00:13:00     Afni, Inc.,    PO Box 3667,
                 Bloomington, IL 61702-3667
512389730       EDI: BANKAMER2.COM Sep 13 2017 00:13:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102
512452005       EDI: ECMC.COM Sep 13 2017 00:13:00     Barclays Bank Plc.,
                 c/o Education Credit Management Corp./VA,    Lock Box 8682,    P. O. Box 75848,
                 St. Paul, MN 55175-0848
512432978       EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00     Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512378122      +E-mail/Text: egssupportservices@egscorp.com Sep 13 2017 00:35:00      Cablevision,
                 c/o NCO Financial,    507 Prudential Road,    Horsham, PA 19044-2308
```

```
District/off: 0312-3           User: admin              Page 2 of 3                   Date Rcvd: Sep 12, 2017
                               Form ID: 3180W           Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
512378123       +E-mail/Text: cms-bk@cms-collect.com Sep 13 2017 00:34:33      Capital Management Services,
                 726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
512378124       +E-mail/Text: cms-bk@cms-collect.com Sep 13 2017 00:34:33      Capital Mangement Services,
                 726 Exchange Street, Ste 700,    Buffalo, NY 14210-1464
512503021        EDI: CAPITALONE.COM Sep 13 2017 00:13:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
512499729        EDI: CHASE.COM Sep 13 2017 00:13:00      Chase Bank USA, N.A.,    PO Box 15145,
                 Wilmington, DE 19850-5145
512407924       +EDI: TSYS2.COM Sep 13 2017 00:13:00      Department Stores National Bank/Macys,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
512407923       +EDI: TSYS2.COM Sep 13 2017 00:13:00      Department Stores National Bank/Visa,
                 Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
512423610        EDI: DISCOVER.COM Sep 13 2017 00:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
513604157        EDI: ECMC.COM Sep 13 2017 00:13:00      ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
512378130       +EDI: CONVERGENT.COM Sep 13 2017 00:13:00      ERSolutions,    10750 Hammerly Blvd #200,
                 Houston, TX 77043-2317
512378128       +E-mail/Text: bknotice@erccollections.com Sep 13 2017 00:34:56      Enchanced Recovery,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
512538040        EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00      Equable Ascent Financial, LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
512378132       +E-mail/Text: data_processing@fin-rec.com Sep 13 2017 00:34:33      Financial Recovery,
                 P.O. Box 385908,    Minneapolis, MN 55438-5908
512378134       +EDI: LTDFINANCIAL.COM Sep 13 2017 00:13:00      Goodyear,    c/o LTD Financial Services,
                 7322 Southwest Freeway,Ste 1600,    Houston, TX 77074-2134
513539974        EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00      Granite Recovery LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami, FL 33131-1605
512378136       +EDI: IRS.COM Sep 13 2017 00:13:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
512378137       +EDI: RMSC.COM Sep 13 2017 00:13:00      JC Penney/GEMB*,    Bankruptcy Dept,    P.O. Box 103104,
                 Roswell, GA 30076-9104
512401498        E-mail/Text: ECF@SHERMETA.COM Sep 13 2017 00:34:59      JPMorgan Chase Bank, N.A.,
                 c/o Shermeta, Adams & Von Allmen, P.C.,     P.O. Box 80908,    Rochester Hills, MI  48308-0908
512669871        EDI: RESURGENT.COM Sep 13 2017 00:13:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
512378138       +EDI: TSYS2.COM Sep 13 2017 00:13:00      Macy’s,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
512422318       +EDI: MID8.COM Sep 13 2017 00:13:00      Midland Credit Management, Inc.,
                 2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
513571809        EDI: AIS.COM Sep 13 2017 00:13:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX  77210-4457
512922299        EDI: PRA.COM Sep 13 2017 00:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 NORFOLK, VA 23541
512500223        EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
513539975        EDI: RECOVERYCORP.COM Sep 13 2017 00:13:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512378147       +EDI: NAVIENTFKASMSERV.COM Sep 13 2017 00:13:00      Sallie Mae,    P.O. Box 9500,
                 Wilkes Barre, PA 18773-9500
513198235        EDI: NAVIENTFKASMDOE.COM Sep 13 2017 00:13:00      Sallie Mae Inc, on behalf of the,
                 Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
512822644        EDI: NAVIENTFKASMGUAR.COM Sep 13 2017 00:13:00      Sallie Mae Inc. on behalf of USA FUNDS,
                 Attn: Bankruptcy Litigation Unit E3149,    P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
512378148       +EDI: RMSC.COM Sep 13 2017 00:13:00      Sam’s Club/GEMB,    Bankruptcy Dept,    P.O. Box 103104,
                 Roswell, GA 30076-9104
512378149       +EDI: SEARS.COM Sep 13 2017 00:13:00      Sears*,    PO Box 6283,    Sioux Falls, SD 57117-6283
512378151        EDI: TFSR.COM Sep 13 2017 00:13:00      Toyota Financial Services,    Bankruptcy Dept,
                 P.O. Box 8026,    Cedar Rapids, IA 52408
512414268        EDI: TFSR.COM Sep 13 2017 00:13:00      Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
512378152       +EDI: AFNIRECOVERY.COM Sep 13 2017 00:13:00      Verizon,    c/o Afni,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
                                                                                              TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512378139*     +Macy’s*,    Bankruptcy Processing,    P.O. Box 8053,    Mason, OH 45040-8053
513574972*      Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX  77210-4457
512378133     ##+Frederick J. Hanna & Associates,    1427 Roswell Road,    Marietta, GA 30062-3668
                                                                                             TOTALS: 0, * 3, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin                Page 3 of 3              Date Rcvd: Sep 12, 2017
                              Form ID: 3180W             Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Pennymac Corp., LLC, et al dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    Pennymac Loan Services LLC servicer for Pennymac
               Corporation nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Pennymac Corp., LLC, et al jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marlena   Miller    on behalf of Creditor    Point O' Woods Homeowners Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              Michael Frederick Dingerdissen    on behalf of Creditor    PENNYMAC HOLDINGS, LLC, BY PENNYMAC LOAN
               SERVICES, LLC, ITS SERVICING AGENT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    PENNYMAC HOLDINGS, LLC nj.bkecf@fedphe.com
              Steven J. Abelson    on behalf of Debtor Gregorio B Garcia sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              Steven J. Abelson    on behalf of Joint Debtor Connie B Garcia sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
                                                                                             TOTAL: 11